UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN WOODBERRY, | § § | |
| Plaintiff, | § § | Civil No. 4:14-cv-00901 |
| v. | § § | |
| VULCAN ENERGY INTERNATIONAL, LLC, VULCAN HOLDINGS LIMITED, LLC, THE FORD GRAHAM ANNUITY TRUST NO. 2, THE FORD GRAHAM ANNUITY TRUST NO. 7, FORD GRAHAM, an individual, | § § § § § § | |
| Defendants. | | |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE
PURSUANT TO RULE 41(a)(1)(A)(i)**

Now comes Plaintiff John Woodberry and files this, his Rule 41 Dismissal and respectfully shows the following:

1. This dismissal is made pursuant to Rule 41(a)(1)(A)(i).

2. The Defendants have not filed an answer and no summary judgment motion has been filed.  Therefore, no court order is necessary to effectuate dismissal.  Fed. R. Civ. P. 41(a)(1)(A)(i).

3. This dismissal is without prejudice.

WHEREFORE, this action is dismissed without prejudice.

Dated: May 19, 2014

        Respectfully submitted,

        HOGAN LOVELLS US LLP

        _/s/ Bruce Oakley_

        Bruce Oakley
        State Bar No. 00790963
        Colleen McKnight
        State Bar No. 24078976
        700 Louisiana Street #4300
        Houston, Texas 77002
        Tel. 713-632-1420
        Fax 713-583-8291
        Email: bruce.oakley@hoganlovells.com
        Email: colleen.mcknight@hoganlovells.com

        ATTORNEYS FOR PLAINTIFF
        John Woodberry

## CERTIFICATE OF SERVICE

      I hereby certify that on the 19th day of May, 2014, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to the following:

Jesse R. Castillo
Castillo & Snyder, P.C.
Bank of America Plaza, Suite 1020
300 Convent Street
San Antonio, Texas 78205
(210) 630-4200
(210) 630-4210 (Facsimile)
jcastillo@casnlaw.com

**Counsel for Defendants Vulcan Energy
International, LLC, Vulcan Holdings Limited,
LLC, the Ford Graham Annuity Trust No. 2,
the Ford Graham Annuity Trust No. 7,
Ford Graham, an Individual**

                                                    */s Bruce D. Oakley*

                                                    Bruce D. Oakley